UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-cr-405-RCL |
| | : | |
| XAVIER MONROY, | : | |
| Defendant | : | |

**ORDER**

Upon consideration of the parties' joint motion to adjourn the September 10, 2021 status conference and exclude the time until the next scheduled status conference under the Speedy Trial Act, 18 U.S.C. § 3161(b), it is hereby

ORDERED that the motion is granted, and it is further *until 2 P.M. on Sept. 30, 2021,*

ORDERED that, pursuant to 18 U.S.C. 3161(h)(7), because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, the time between September 10, 2021 and September 30, 2021 will be excluded under the Speedy Trial Act.

_____
United States District Judge