UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XAVIER FERNANDO MONROY,<br><br>Defendant. | CRIMINAL NO. 21-cr-00405-RCL<br><br>UNDER SEAL |

**ORDER**

Under consideration of the government's Motion for Leave to File Under Seal (ECF No. 41), and for good cause shown, it is hereby

ORDERED that the United States' Motion for Leave to File Under is GRANTED. It is further

ORDERED that the United States' Motion for Leave to File Under Seal is ACCEPTED AS FILED, and the Clerk of the Court shall file it as a separate entry on the docket under seal.

SO ORDERED this _____4th_____ day of _____August_____, 2022.

_____
HON. ROYCE C. LAMBERTH
United States District Judge