UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XAVIER FERNANDO MONROY,<br><br>Defendant. | CRIMINAL NO. 21-CR-405-RCL |

## VERDICT FORM

We, the jury, unanimously find as follows:

### COUNT ONE (CONSPIRACY TO COMMIT BRIBERY)

As to Count One of the Indictment, we, the members of the jury, do hereby find defendant, Xavier Fernando Monroy:

_____ NOT GUILTY          __X__ GUILTY

### COUNT TWO (BRIBERY)

As to Count Two of the Indictment, we, the members of the jury, do hereby find defendant, Xavier Fernando Monroy:

_____ NOT GUILTY          __X__ GUILTY

### COUNT THREE (FALSE STATEMENTS)

As to Count Three of the Indictment, we, the members of the jury, do hereby find defendant, Xavier Fernando Monroy:

_____ NOT GUILTY          __X__ GUILTY

If you find Xavier Fernando Monroy Guilty of Count 3 of the Indictment, please indicate the false statement(s) for which the jury unanimously finds Xavier Fernando Monroy guilty of Count Three of the Indictment:

__X__   Mr. Monroy falsely denied having a personal (*i.e.*, non-professional) relationship with Mr. Kim.

__X__   Mr. Monroy falsely denied receiving anything of value from Mr. Kim, including airline tickets, hotel stays, or loans.

_____  Mr. Monroy falsely denied steering business to a particular husbanding services provider ("HSP"), to wit Mr. Kim or DK Marine.

                                        _____
                                        FOREPERSON/JUROR NUMBER

Date: __4.58__