UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff

    v.                           Criminal Case No. 21-CR-405 (RCL)

XAVIER MONROY

    Defendant

## EXHIBITS FOR THE GOVERNMENT

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 1 | 1/20/2010 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 2 | 2/1/2010 Email | | | |
| 3 | 2/2/2010 Email | | | |
| 4 | March 2010 PowerPoint | | | |
| 5 | 6/16/2010 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 6 | 10/28/2010 Email | | | |
| 7 | 2/28/2011 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 8 | 3/28/2011 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 8T | Translation of 3/28/2011 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 8TC | Translation Certificate for 3/28/2011 Email Translation | | | |
| 9 | 4/1/2011 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 10 | 5/11/2011 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 11 | 6/23/2011 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 11T | Translation of 6/23/2011 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 11TC | Translation Certificate for 6/23/2011 Email Translation | | | |
| 12 | Hotel Invoices | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 13 | Hotel Invoices | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 14 | 12/17/2011 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 15 | 1/4/2012 Email | | | |
| 16 | 1/6/2012 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 17 | 1/20/2012 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 18 | 1/21/2012 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 19 | 2/9/2012 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 20 | 3/8/2012 Email | | | |
| 21 | 10/22/2012 Email Chain | | | |
| 22 | 10/22/2012 Vouchers, Order Forms, and Invoices | | | |
| 23 | 12/18/2012 Email | | | |
| 24 | 1/25/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 24T | Translation of 1/25/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 24TC | Translation Certificate for 1/25/2013 Email Translation | | | |
| 25 | 2/18/2013 Email | 8/16/2022 | | Sung Yol Kim |
| 26 | 2/20/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 27 | 3/13/2013 Email | | | |
| 28 | 3/19/2013 Email | 8/17/2022 | 8/17/2022 | Sung Yol Kim |
| 28T | Translation of 3/19/2013 Email | 8/17/2022 | 8/17/2022 | Sung Yol Kim |
| 28TC | Translation Certificate for 3/19/2013 Email Translation | | | |
| 29 | 3/22/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 29T | Translation of 3/22/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 29TC | Translation Certificate for 3/22/2013 Email Translation | | | |
| 30 | 5/14/2013 Email | | | |
| 31 | 5/31/2013 Email | | | |
| 32 | 9/23/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 32T | Translation of 9/23/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 32TC | Translation Certificate for 9/23/2013 Email Translation | | | |
| 33 | Area 4 HSP Contract Dated 10/4/2013 | 8/16/2022 | 8/16/2022 | Yarinee Tafur |
| 34 | 10/15/2013 Email Chain | 8/16/2022 | 8/16/2022 | Yarinee Tafur |
| 35 | 11/7/2013 Email | 8/16/2022 | 8/16/2022 | Yarinee Tafur |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 36 | 11/7/2013 Email | 8/16/2022 | 8/16/2022 | Yarinee Tafur |
| 37 | 11/10/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 38 | 11/10/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 39 | 11/10/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 40 | 11/11/2013 Email | 8/16/2022 | 8/16/2022 | Yarinee Tafur |
| 41 | 11/25/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 42 | 11/25/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 43 | 11/25/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 44 | 12/13/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 45 | 12/13/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 46 | 12/16/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 47 | 12/18/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 48 | 12/18/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 49 | 12/19/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 50 | 12/21/2013 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 51 | 12/23/2013 Email | | | |
| 52 | 1/8/2014 Voucher | 8/16/2022 | 8/16/2022 | Yarinee Tafur |
| 53 | 1/8/2014 Order Form | 8/16/2022 | 8/16/2022 | Yarinee Tafur |
| 54 | 1/8/2014 DK Marine Invoice | 8/16/2022 | 8/16/2022 | Sung Yol Kim |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 55 | 1/24/2012 Email | | | |
| 56 | 1/29/2014 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 57 | 2/28/2019 Email | | | |
| 58 | 6/24/2014 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 59 | 6/27/2014 Email | 8/17/2022 | 8/17/2022 | Sung Yol Kim |
| 60 | 8/1/2014 Email | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 61 | 10/10/2014 Email | | | |
| 62 | 10/14/2014 Email | 8/17/2022 | 8/17/2022 | Sung Yol Kim |
| 62T | Translation of 10/14/2014 Email | | | |
| 62TC | Translation Certificate for 10/14/2014 Email Translation | | | |
| 63 | Republic of Korea Immigration Records | | | |
| 63T | Translation of Immigration Records | | | |
| 63TC | Translation Certificate for Immigration Records Translation | | | |
| 64 | Spreadsheet of Xavier Monroy's Navy Trainings | | | |
| 65 | Monroy SF-86 | | | |
| 66 | Subscriber Information for Monroyxx@hotmail.com | 8/18/2022 | 8/18/2022 | ------------- |
| 67 | Photo of Xavier Monroy | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 68 | Photo of Xavier Monroy | 8/16/2022 | 8/16/2022 | Sung Yol Kim |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 69 | Photo of Xavier Monroy's Passport | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 70 | Excerpt from Xavier Monroy's Personnel File | 8/18/2022 | 8/18/2022 | ------------- |
| 71 | Excerpt from Xavier Monroy's Personnel File | | | |
| 72 | 11/5/2013 Email | | | |
| 105 | David Kim Plea Agreement | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 117 | James Driver Plea Agreement | 8/17/2022 | 8/17/2022 | James Driver, III |
| 201 | Xavier Monroy's Navy Federal Bank Statements for 9/24/2013 – 10/23/2013 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 202 | Xavier Monroy's Navy Federal Bank Statements for 2/24/2013 – 3/23/2013 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 203 | Cash Deposits to Xavier Monroy Bank Accounts | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 204 | Xavier Monroy Wire Transfer Request | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 205 | Xavier Monroy's Navy Federal Bank Statement for 4/24/2011 – 5/23/2011 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 206 | Xavier Monroy's Navy Federal Bank Statement for 7/24/2011 – 8/23/2011 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 207 | Xavier Monroy's Navy Federal Bank Statement for 6/24/2011 – 7/23/2011 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 208 | Subscriber Information for David Kim's PayPal Account | 8/18/2022 | 8/18/2022 | ------------- |
| 209 | Subscriber Information for Xavier Monroy's PayPal Account | 8/18/2022 | 8/18/2022 | ------------- |
| 301 | USNS Sacagawea Audit Report | | | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 302 | USNS Charles Drew Audit Report | 8/16/2022 | 8/16/2022 | Yarinee Tafur |
| 303-A | Order forms and Voucher for 10/14/2013 – 10/28/2013 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 303-B | DK Marine Invoices for 10/14/2013 – 10/28/2013 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 304-A | Order Forms and Voucher for 11/4/2013 – 11/18/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 304-B | DK Marine Invoices for 11-4-2013 – 11/18/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 305-A | Order Forms and Voucher for 11/19/2013 – 12/9/2013 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 305-B | DK Marine Invoices for 11/19/2013 – 12/9/2013 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 306-A | Order Forms and Voucher for 12/10/2013 – 12/20/2013 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 306-B | DK Marine Invoices for 12/10/2013 – 12/20/2013 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 307-A | Order Forms and Voucher for 12/21/2013 – 1/12/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 307-B | DK Marine Invoices for 12/21/2013 – 1/12/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 308-A | Order Forms and Voucher for 1/12/2014 – 1/20/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 308-B | DK Marine Invoices for 1/12/2014 – 1/20/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 309-A | Order Form 1/20/2014 – 2/5/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 309-B | DK Marine Invoices for 1/20/2014 – 2/5/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| **310-A** | Order Forms and Vouchers for 2/18/2014 – 2/20/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| **310-B** | DK Marine Invoices for 2/18/2014 – 2/20/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| **311-A** | Order Form for 2/24/2014 – 3/25/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| **311-B** | DK Marine Invoices for 2/24/2014 – 3/25/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| **312-A** | Order Form and Voucher for 3/26/2014 – 4/8/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| **312-B** | DK Marine Invoices for 3/26/2014 – 4/8/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| **313-A** | Order Form for 4/8/2014 – 4/11/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| **313-B** | DK Marine Invoices for 4/8/2014 – 4/11/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| **314-A** | Order Form for 4/18/2014 – 4/21/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| **314-B** | DK Marine Invoices for 4/18/2014 – 4/21/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| **315-A** | Order Forms for 4/30/2014 – 5/13/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| **315-B** | DK Marine Invoices for 4/30/2014 – 5/13/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| **316-A** | Vouchers for 5/14/2014 – 5/31/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| **316-B** | DK Marine Invoices for 5/14/2014 – 5/31/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| **317-A** | Vouchers for 6/1/2014 – 6/15/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| **317-B** | DK Marine Invoices for 6/1/2014 – 6/15/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 318-A | Order Form for 6/15/2014 – 6/30/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 318-B | DK Marine Invoices for 6/15/2014 – 6/30/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 319-A | Order Forms for 7/15/2014 – 7/21/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 319-B | DK Marine Invoices for 7/15/2014 – 7/21/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 320-A | Order Form for 8/6/2014 – 8/27/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 320-B | DK Marine Invoices for 8/6/2014 – 8/27/2014 | 8/16/2022 | 8/16/2022 | Sung Yol Kim |
| 401 | Recording of Xavier Monroy's 7/29/2019 Interview with NCIS & DCIS | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 402 | Transcript of Xavier Monroy's 7/29/2019 Interview Recording with NCIS & DCIS | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 403 | Video Clip from Xavier Monroy Interview | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 403TE | Transcript Excerpt of GX403 | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 404 | Video Clip from Xavier Monroy Interview | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 404TE | Transcript Excerpt of GX403 | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 405 | Video Clip from Xavier Monroy Interview | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 405TE | Transcript Excerpt of GX403 | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 406 | Video Clip from Xavier Monroy Interview | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 406TE | Transcript Excerpt of GX403 | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 407 | Video Clip from Xavier Monroy Interview | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 407TE | Transcript Excerpt of GX403 | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 408 | Video Clip from Xavier Monroy Interview | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 408TE | Transcript Excerpt of GX403 | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 409 | Video Clip from Xavier Monroy Interview | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 409TE | Transcript Excerpt of GX403 | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 410 | Video Clip from Xavier Monroy Interview | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 410TE | Transcript Excerpt of GX403 | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 411 | Video Clip from Xavier Monroy Interview | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 411TE | Transcript Excerpt of GX403 | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 412 | Video Clip from Xavier Monroy Interview | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 412TE | Transcript Excerpt of GX403 | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 413 | Video Clip from Xavier Monroy Interview | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 413TE | Transcript Excerpt of GX403 | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 414 | Video Clip from Xavier Monroy Interview | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 414TE | Transcript Excerpt of GX403 | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 415 | Video Clip from Xavier Monroy Interview | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 415TE | Transcript Excerpt of GX403 | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 416 | Video Clip from Xavier Monroy Interview | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 416TE | Transcript Excerpt of GX403 | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 417 | Video Clip from Xavier Monroy Interview | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 417TE | Transcript Excerpt of GX403 | 8/18/2022 | 8/18/2022 | Shantonee Mitchell |
| 501 | Community Bank Certification | 8/18/2022 | 8/18/2022 | ----------- |
| 502 | Google Certification | | | |
| 503 | Microsoft Certification | | | |
| 504 | Xavier Monroy's Navy Files Certification | | | |
| 505 | Navy Federal Union Certification | | | |
| 506 | Navy Federal Union Certification | 8/18/2022 | 8/18/2022 | ----------- |
| 507 | PayPal Certification for account records associated with David Kim | 8/18/2022 | 8/18/2022 | ----------- |
| 508 | PayPal Certification for account records associated with Xavier Monroy | 8/18/2022 | 8/18/2022 | ----------- |
| 509 | Yahoo Certification | 8/18/2022 | 8/18/2022 | ----------- |
| 510 | Signed Stipulations | 8/16/2022 | 8/16/2022 | ---------------- |
| 1001 | Summary Exhibit | 8/18/2022 | 8/18/2022 | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 1002 | Naval Audit Summary Chart | 8/18/2022 | 8/18/2022 | Felicia Allen |
| 1003 | Xavier Monroy Cash Deposits Summary Chart | 8/17/2022 | 8/17/2022 | Denise Harding |
| 1004 | Xavier Monroy April 2011 Withdrawal Transactions Summary Chart | 8/17/2022 | 8/17/2022 | Denise Harding |
| 1005 | Xavier Monroy May 2011 Withdrawal Transactions Summary Chart | 8/17/2022 | 8/17/2022 | Denise Harding |
| 1006 | Xavier Monroy July 2011 Withdrawal Transactions Summary Chart | 8/17/2022 | 8/17/2022 | Denise Harding |
| 1007 | Xavier Monroy February 2013 Withdrawal Transactions Summary Chart | 8/17/2022 | 8/17/2022 | Denise Harding |
| 1008 | Xavier Monroy October 2013 Withdrawal Transactions Summary Chart | 8/17/2022 | 8/17/2022 | Denise Harding |